**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JAMES R. RAY, JR.,                                                                         PLAINTIFF

v.                                            3:10-cv-00222-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                               DEFENDANT

## ORDER

Defendant has filed an unopposed Motion to Remand (Doc. No. 8). Defendant intends to offer Plaintiff a *de novo* hearing and issue a new decision because the record of the previous hearing cannot be located to prepare a transcript.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown and a remand is proper. The Motion of Defendant to remand (Doc. No. 8) is hereby granted, and this case is remanded to the Commissioner. This is a "sentence six" remand. The Clerk is directed to administratively close this file.

IT IS SO ORDERED.

DATED this 21st day of April, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE